UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1956

UNITED STATES OF AMERICA

v.

SUZANNE RAY KING,
                                                 Appellant

(W.D. Pa. No. 1-22-cr-00006-001)

Present:  MATEY, FREEMAN and ROTH, Circuit Judges

    1.  Motion by Appellant to Amend Opinion Dated June 6, 2025.


                                      Respectfully,
                                      Clerk/kr

_____ORDER_____

The foregoing motion to amend the Court's Opinion dated June 6, 2025, is hereby
**GRANTED**. Amended Opinion to follow.


                                      By the Court,

                                      s/ Paul B. Matey
                                      Circuit Judge

Dated: July 30, 2025

kr/cc: All Counsel of Record